**Order entered December 5, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00923-CV

**QUALIZEAL, INC., PRADEEP GOVINDASAMY, AND
KALYANA ROA KONDA, Appellants**

**V.**

**CIGNITI TECHNOLOGIES, INC., Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-17023**

### ORDER
Before Justices Molberg, Pedersen, III, and Goldstein

Before the Court are appellants' motion for temporary relief and appellee's response. We **DENY** the motion.

/s/     KEN MOLBERG
        JUSTICE